**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JONAS SEBASTIAN JÖDICKE,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.:  1:24-cv-07102

Judge Jorge L. Alonso

Magistrate Judge Jeffrey Cole

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 11 | wumdls |
| 12 | Deldown |
| 13 | Dawn Cedar |
| 15 | Star Aier |
| 16 | Rianley |
| 43 | Food Shang Pu Zi |
| 68 | CDXWKD |
| 81 | Xiqee |
| 84 | YETOONE |
| 97 | Hersing |
| 147 | PaBoe |

| 163 | Eojctoy |
|-----|---------|
| 165 | ZhangShuaiShangMao |
| 19  | wenteng poster |

DATED:  September 20, 2024          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 20, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt